IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

MARK K. HAMMOND,           *
    Plaintiff           *
vs.                        *
                                          CASE NO. 3:10-CV-24 (CDL)
MICHAEL J. ASTRUE, Commissioner *
of Social Security,
                           *
    Defendant
                           *

## O R D E R

This matter is before the Court pursuant to a Recommendation by the United States Magistrate Judge entered on June 1, 2011. Neither party has filed an objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1), and therefore, the Court reviews the Recommendation for plain error. Finding no plain error or manifest injustice, the Court adopts the Recommendation of the Magistrate Judge and makes it the Order of this Court.

IT IS SO ORDERED, this 29th day of June, 2010.

s/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE